# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| MARY CATHERINE RITCHERSON, | |
| Petitioner, | No. C15-0115-LRR |
| vs. | |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

This matter appears before the court on the petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (docket no. 1). The clerk's office filed such application on October 23, 2015. The petitioner did not pay the required filing fee, *see* 28 U.S.C. § 1914(a) (requiring $5.00 filing fee), or submit an application to proceed in forma pauperis, *see generally* 28 U.S.C. § 1915. Moreover, it is clear from online information that the Federal Bureau of Prisons set or computed March 16, 2016 as the petitioner's release date. To the extent that the petitioner believes that she is not receiving proper credits towards her sentence, she must pursue available administrative remedies and then file a habeas corpus petition under 28 U.S.C. § 2241. *See United States v. Tindall*, 455 F.3d 885, 888 (8th Cir. 2006). Additionally, the record indicates that the petitioner specifically approved of the stipulation that requires her to reside in a Residential Reentry Center for a period of up to 180 days following her release from imprisonment. So, by signing the stipulation, the petitioner explicitly agreed to remain in the Residential Reentry Center for a period of up to six months after March 16, 2015.

Based on the foregoing, the petitioner's application for a writ of habeas corpus is

denied without prejudice.

**IT IS SO ORDERED**.

**DATED** this 11th day of December, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA